1

2

3

4

5

6

7

8          **UNITED STATES DISTRICT COURT**

9          **CENTRAL DISTRICT OF CALIFORNIA**

10

11   DEBRA CARRILLO,                    ) Case No. CV 09-8277 DMG (JEMx)
                                        )
12                    Plaintiff,        )
                                        )   ORDER OF DISMISSAL WITH
13        vs.                           )   PREJUDICE [JS6]
                                        )
14   LIFE INSURANCE COMPANY OF          )
     NORTH AMERICA, et al.,             )
15                                      )
                      Defendants.       )
16  _____)
                                        )
17   AND RELATED COUNTER-CLAIM          )

18

19        The above-captioned matter, including all claims for relief therein, is

20   dismissed with prejudice as to all parties in its entirety pursuant to the parties'

21   agreement to resolve the disputed claim.  Each party is to bear its own fees and

22   costs.

23

24        **IT IS SO ORDERED.**

25

26   Date:  October 21, 2010          DOLLY M. GEE
                                      UNITED STATE DISTRICT JUDGE

27
                                          1
28
                   ~~[PROPOSED]~~ **ORDER OF DISMISSAL WITH PREJUDICE**
     Case No. 09-cv-8277 DMG (JEMx)

     **Error! Unknown document property name.**